IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MORGANGRAY MEDICAL, LLC<br>1900 Church Street, Suite 300<br>Nashville, TN 37203,<br><br>and<br><br>NUVASIVE, INC.<br>7475 Lusk Boulevard<br>San Diego, CA 92121,<br><br>    Plaintiffs,<br><br>v.<br><br>RUPP & ASSOCIATES, INC.<br>361 Duke Road, Suite B<br>Lexington, KY 40502,<br><br>SYNTHES, INC.<br>1302 Wrights Lane East<br>West Chester, PA 19380,<br><br>and<br><br>DEPUY SPINE, INC.<br>325 Paramount Drive<br>Raynham, MA 02767,<br><br>    Defendants. | Case No. 3:12-CV-00957 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes Plaintiffs, by and through its counsel of record and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, gives notice that it is voluntarily dismissing this action with prejudice. In support of this Notice, Plaintiffs submits that Defendants have not filed a responsive pleading to the Complaint.

Respectfully submitted,

*s/Christopher W. Cardwell*
Christopher W. Cardwell
M. Taylor Harris, Jr.
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South
Nashville, TN 37219-8888
(615) 244-4994
ccardwell@gsrm.com; tharris@gsrm.com

*Attorneys for Plaintiffs*